

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>CLARENCE GRIFFIN,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:16-MJ-00717-DUTY<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _defendant_____, IT IS ORDERED that a detention hearing is set for _April 8_____, _2016_____, at _3:30____ ☐ a.m. / ☒ p.m. before the Honorable _Karen L. Stevenson_____, in Courtroom _E_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _April 6, 2016_

_Karen L. Stevenson_
U.S. District Judge/Magistrate Judge