Case 2:16-mj-00717-DUTY   Document 16   Filed 04/13/16   Page 1 of 2   Page ID #:32



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLARENCE GRIFFIN, <br><br> Defendant. | NO. 2:16-MJ-00717 <br><br> ORDER OF DETENTION AFTER HEARING <br><br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the District of the Virgin Islands for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\
\\
\\
\\

1

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

- his failure to proffer any evidence to meet his burden on this issue;
- his failure to comply with his current conditions of release; and
- his extensive prior record; his history of failures to appear;

and

B. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the allegations of violence as well as the defendant's alleged threats to his co-defendant, his criminal history, his failure to proffer sufficient evidence to meet his burden on this issue, and the serious risk that defendant will threaten, injure, or intimidate a witness, or attempt to do so.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: April 13, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

2